```
 1  STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
 2
    THOMAS A. COLTHURST (CABN 99493)
 3  Chief, Criminal Division

 4  MOHIT GOURISARIA (CABN 320754)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (510) 637-3924
 7       FAX: (415) 436-7234
         Mohit.Gourisaria@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-270 EMC |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| ROBERT FRANK MERRY, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Robert Frank Merry.

DATED: January 12, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*Thomas A. Colthurst*

THOMAS A. COLTHURST
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Robert Frank Merry.

Date: 01/13/2022

HON. EDWARD M. CHEN
United States District Judge